UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN LIVESAY,<br><br>                          Plaintiff,<br><br>v.<br><br>CASHCALL, INC.,<br><br>                          Defendant. | Case No.: 15-cv-1385-JLS MDD<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>(ECF No. 13) |

Presently before the Court is the Parties' Joint Motion to Dismiss ("Joint Mot."). (ECF No. 13.) The Parties request that "the above-captioned action be dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure." (Joint Mot. 2.) Federal Rule of Civil Procedure 41(a)(1)(A)(ii) permits voluntary dismissal without a Court Order when the Parties file "a stipulation of dismissal signed by all parties who have appeared." This rule is satisfied in the instant case; accordingly, the Parties' Motion is granted and the case is **DISMISSED WITH PREJUDICE**. As stipulated by the Parties, "[e]ach party shall bear his/its own attorney's fees and costs." (*Id.*) Finally, because this concludes the litigation in this matter, the Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: May 23, 2017

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge